UNITED STATES of America, Appellant, v. Etta EDWARDS, as Administratrix of the Estate of Alvin C. Edwards, and Individually, Sarah J. Edwards, Etta Edwards, as Guardian of Velma L. Edwards, and M. B. Joines, Executor of Alvin C. Edwards, Appellees.

No. 4012.

Circuit Court of Appeals, Fourth Circuit.

April 15, 1936.

Armistead L. Boothe, Atty., Dept. of Justice, of Washington, D. C., and Robert S. McNeill, Asst. U. S. Atty., of Greensboro, N. C. (Carlisle W. Higgins, U. S. Atty., of Winston-Salem, N. C., Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., and Wil-

bur C. Pickett, Sp. Asst. to Atty. Gen., on the brief), for appellant.

Robert H. McNeill, of Washington, D. C. (George H. McNeill, of Washington, D. C., and J. F. Jordan, of Wilkesboro, N. C., on the brief), for appellees.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

The judgment appealed from will be affirmed on authority of United States v. Townsend (C.C.A.4th) 81 F.(2d) 1013, decided February 22, 1936, and United States v. Huddleston (C.C.A.7th) 81 F.(2d) 593.

Affirmed.